## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:26-CR-00211-N |
| | § | |
| LONTRELL WILLIAMS, SR. (02) | § | |

## NOTICE OF WAIVER OF ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

COMES NOW Defendant, LONTRELL WILLIAMS, SR., by and through undersigned Counsel, with this Notice of Waiver of Arraignment and Entry of Not Guilty Plea.

On April 29, 2026, Mr. Williams was named in a five-count indictment [Dkt. 75].

Counsel discussed with Mr. Williams the indictment in this case.[1] Mr. Williams understands the nature and substance of the charges contained therein, and he recognizes he has the right to appear personally with his attorney for arraignment in open court. Mr. Williams further understands that, absent the present waiver, he will be so arraigned in open court.

After conferring with Counsel, Mr. Williams seeks to waive his right to be present at arraignment and, by this instrument, tenders his plea of "not guilty" to all charges in the indictment. Mr. Williams understands that entry by the Court of said plea will conclude the arraignment in this case for all purposes.

Respectfully submitted,

_____
CHRISTOPHER M. KNOX
State Bar# 24065567
**The Knox Firm**
900 Jackson Street
Suite Number 650
Dallas, Texas 75202
214.741.7474 (P)
KNOXCRIMINALDEFENSE@GMAIL.COM

---

[1] Undersigned Counsel have been retained solely for purposes of detention; however, because the issue of detention is ongoing and the instant waiver is time-sensitive, Counsel is handling this Notice for the benefit of Mr. Williams and the Court.

_Todd Shapiro_

**TODD DONALD SHAPIRO**
The Shapiro Law Firm
701 E 15th Street
Suite 204
Plano, TX 75074
972-423-0033
Fax: 972-423-0077
criminallaw@shapiro-law.net

**ATTORNEYS FOR LONTRELL WILLIAMS, SR.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2026, a true and correct copy of this Notice was filed electronically with the Clerk of the United States District Court for the Northern District of Texas using the CM/ECF system and, via the courts' electronic system, a notification of such filing was sent to the Assistant United States Attorneys assigned to this case.

_____
CHRISTOPHER KNOX