# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-CR-00211-N |
| | § | |
| LONTRELL WILLIAMS, SR (2), | § | |
|     Defendant. | § | |

## ORDER

Defendant, Lontrell Williams, Sr (2), has filed an Unopposed Notice of Waiver of Arraignment Hearing and Entry of Plea of "Not Guilty."  The Notice and Waiver, in accordance with the findings set forth below, is this 30th day of April 2026, ACCEPTED AND GRANTED.

In accordance with Rule 10(b) of the Federal Rules of Criminal Procedure, this Court finds that the Defendant received a copy of the Indictment, that he understands the charges filed against him, and that he understands that he has a right to attend an arraignment hearing, but that he has requested that this Court accept his waiver of his presence at the hearing and enter a plea of "Not Guilty" on his behalf.  This Court finds that the Defendant and his counsel have signed the waiver and this Court hereby accepts this Notice and Waiver of Appearance at an Arraignment Hearing and enters a plea of "Not Guilty" on his behalf.

The Court will issue a separate scheduling order.

Signed May 1, 2026.

**David C. Godbey**
**Senior United States District Judge**